IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02403-RBJ-MJW

ERNIE J. SAVANNAH,

Plaintiff,

v.

BILL COLLINS and
ROBERT KNAB,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Motion of Addendum (Docket No. 15) is GRANTED for good cause shown. The three exhibits attached to the subject motion are accepted for filing and will be considered an amendment to plaintiff's complaint.

Date: December 6, 2012