IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02403-RBJ-MJW

ERNIE J. SAVANNAH,

Plaintiff,

v.

BILL COLLINS and
ROBERT KNAB,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that defendants shall have up to and including January 22, 2013 to respond to plaintiff's Deposition Upon Written Questions Pursuant to F.R.C.P Rule 31 (Docket No. 19).

Date: January 18, 2013