IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02403-RBJ-MJW

ERNIE J. SAVANNAH,

Plaintiff,

v.

BILL COLLINS and
ROBERT KNAB,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants Motion to Stay Pending Objection (Docket No. 66) is GRANTED. The court notes plaintiff has not filed a response to the subject motion. Further, the court finds goods cause to stay this case for the reasons found in the subject motion. Accordingly, all discovery in this matter is STAYED pending resolution of Defendants' Objection to United States Magistrate Judge's Order on Motion to Continue Stay of All Proceedings Pending Interlocutory Appeal and for Protective Order Concerning Plaintiff's Discovery Requests to Defendants (Docket No. 65).

It is FURTHER ORDERED that Plaintiff's [Motion] Request for Subpoena of Defendants Dash Board Camera Footage, Floor Board Camera Footage and Photos of Plaintiff's Injuries (Docket No. 68) is DENIED WITHOUT PREJUDICE since discovery in this matter is stayed as outlined above.

It is FURTHER ORDERED that defendants' Motion to Extend Discovery Cutoff for the Limited Purpose of Taking Deposition of Plaintiff (Docket No. 70) is GRANTED as follows. This matter is currently stayed as outlined above. Further, the matter may be further stayed depending on Judge Jackson's ruling on defendants' Objection (Docket No. 65). As such, all pending discovery deadlines, including the discovery cutoff date, are stayed. Once the stay is lifted, the court will set new discovery deadlines, including a new discovery cutoff date.

Date: October 23, 2013