IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–02403–RBJ–MJW

ERNIE J. SAVANNAH,

Plaintiff,

v.

ROBERT KNAB

Defendant.

**ORDER GRANTING DEFENDANT'S MOTION TO CONDUCT DEPOSITIONS OF INCARCERATED INMATE PLAINTIFF PURSUANT TO FED. R. CIV. P. 30(a)(2)(B)**
**(Docket No. 87)**

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that Defendant's Motion to Conduct Depositions of Incarcerated Inmate Plaintiff Pursuant to Fed. R. Civ. P 30(a)(2)(B) (Docket No. 87) is GRANTED.

Accordingly, Defendant shall be permitted to take the deposition of pro se incarcerated plaintiff Ernie J. Savannah pursuant to Fed. R. Civ. P. 30(a)(2)(B).

Date:  February 3, 2014                        s/ Michael J. Watanabe
           Denver, Colorado                        Michael J. Watanabe
                                                              United States Magistrate Judge