IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02403-RBJ-MJW

ERNIE J. SAVANNAH,

Plaintiff,

v.

ROBERT KNAB,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Request for Subpoena of Defendant Patrol Car Dash Board Camera Footage and Floor Board Camera Footage (Docket No. 93) is DENIED.  Defendant's Response (Docket No. 96) indicates that the footage sought by plaintiff, namely dash-mounted camera footage and body worn camera footage, does not exist.  Accordingly, the subject motion is denied.

Date: February 21, 2014